UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, ET AL | § | |
| versus | § | CIVIL ACTION No. M-11-144 |
| STATE OF TEXAS, ET AL | § | |

ORDER STRIKING DOCUMENT

The Clerk has noted the filing of your PLAINTIFF'S MOTION TO REMAND TO STATE COURT (D.E. # #3); however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ❑ Document is not signed (L.R. 11.3).

2. ❑ Document does not comply with L.R.11.3.A.

3. ❑ Caption of the document is incomplete (L.R.10.1).

4. ❑ No certificate of service or explanation why service is not required (L.R. 5.3).

5. X Motion does not comply with L.R.7

    a. X No statement of opposition or non-opposition (L.R. 7.1.D(2)).

    b. X No statement of conference between counsel (L.R. 7.1.D(1)).

    c. ❑ No separate proposed order attached (L.R. 7.1.C).

6. ❑ Motion to consolidate does not comply with L.R.7.6.

7. ❑ Other: _____

The document is stricken from the record.

Signed on this **31st** day of **May**, 2011 at McAllen, Texas.

HONORABLE RANDY CRANE
UNITED STATES DISTRICT JUDGE

(Rev 02/10)