IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (MALC),<br>　　*Plaintiff*,<br><br>v.<br><br>STATE OF TEXAS, RICK PERRY, In his Official Capacity as Governor of The State of Texas, DAVID DEWHURST, In His Official Capacity as Lieutenant Governor of the State of Texas, and JOE STRAUS, in his Official Capacity as Speaker of the Texas House of Representatives<br>　　*Defendants*. | §§§§§§§§§§§§§§§§ | CAUSE NO. 7:11-cv-00144 |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to this Court's Order for Conference and Disclosure of Interested Parties of May 16, 2011, Plaintiff Mexican American Legislative Caucus, Texas House of Representatives, MALC, certifies that to the best of Plaintiff's knowledge, MALC knows of no other person or entity with a financial interest in the outcome of this litigation.

DATED:　　July 22, 2011　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　_____/s/ Jose Garza_____
　　　　　　　　　　　　　　　　　　　　　　　JOSE GARZA
　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 07731950
　　　　　　　　　　　　　　　　　　　　　　　Law Office of Jose Garza
　　　　　　　　　　　　　　　　　　　　　　　7414 Robin Rest Dr.
　　　　　　　　　　　　　　　　　　　　　　　San Antonio, Texas 78209
　　　　　　　　　　　　　　　　　　　　　　　(210) 392-2856
　　　　　　　　　　　　　　　　　　　　　　　garzpalm@aol.com

　　　　　　　　　　　　　　　　　　　　　　　JOAQUIN G. AVILA
　　　　　　　　　　　　　　　　　　　　　　　LAW OFFICE
　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 33687
　　　　　　　　　　　　　　　　　　　　　　　Seattle, Washington 98133

Texas State Bar # 01456150
(206) 724-3731
(206) 398-4261 (fax)
jgavotingrights@gmail.com

Ricardo G. Cedillo
State Bar No. 04043600
Mark W. Kiehne
State Bar No. 24032627
DAVIS, CEDILLO & MENDOZA, INC.
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas  78212
Tel.: (210) 822-6666
Fax: (210) 822-1151
rcedillo@lawdcm.com
mkiehne@lawdcm.com
lclark@lawdcm.com

**ATTORNEYS FOR MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REP. (MALC) CAUSE NO. 5:11-CV-360-OLG-JES-XR**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been sent by the Court's electronic notification system on June 22, 2011, to counsel of record in this cause.

_____/s/ Jose Garza_____
JOSE GARZA

2